# United States Bankruptcy Court
# Southern District of Florida



FILED-USBC, FLS-MIA
'23 JUN 12 PM3:18

In re: Alice Gowins ,

Debtor 1

Address 740 SW 109th Ave APT 729
Miami FL 33174
Last four digits of Social-Security or Individual Tax- Payer-Identification (ITIN) No(s).., (if any): 2932

_____ ,

Debtor 2

Address _____ ,

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

Case No.
23-14548-CLC

Chapter

_____

## MOTION FOR WAIVER OF CREDIT COUNSELING

I have severe scoliosis (back pain and spine curve), ADHD, anxiety and major depressive disorder and anxiety disorder and I am requesting a waiver of credit counseling

Date: 06/12/2023

alice Gowins
Debtor 1

Date: _____

_____
Debtor 2

Contact Phone 305-440-8209