Alice Gowins

23-14548-CLC

## Service Matrix

Dept of Education / Aidvantage
PO Box 9635
Wilkes-Barre, PA, 18773

Source Receivables Management
PO Box 4068
Greensboro, NC, 27404

IC System
PO Box 64378
Saint Paul, MN, 55164

The CBE Group
131 Tower Park Drive Ste 100 PO Box 900
Waterloo, IA, 50704

Ability Recovery Service
PO Box 4031
Wyoming, PA, 18644

Midland Credit Management
320 East Big Beaver Rd Ste 300
Troy, MI, 48083

The One at University City
740 SW 109th Avenue
Miami, FL, 33174

FILED-USBC. FLS-MIA
'23 JUN 21 PM 12:24

Verizon Wireless
PO Box 26055
Minneapolis, MN, 55426